UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHIMENE PEREZ,

                Plaintiff,

    -against-                                          23 **CIVIL** 6152 (CS)

                                                                   **JUDGMENT**

NEW YORK PRESBYTERIAN/WEILL
CORNELL MEDICAL CENTER,

                Defendant.
-------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 8, 2024, Defendant's motion to dismiss is GRANTED. Plaintiff's ADA claims are dismissed with prejudice. Plaintiff's NYSHRL, NYCHRL, and NYLL claims are dismissed without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

     April 9, 2024

                                                                       **RUBY J. KRAJICK**

                                                                        **Clerk of Court**

                         **BY:**          *K. Mango*

                                                                        **Deputy Clerk**